AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CARDINAL ANNA VINES CARTER,**

      **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-12-780**

**NIGHT MANAGEMENT**     **JUDGE EDMUND A. SARGUS, JR.**
**AND GAP PROTECTION, et al.,**   **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed October 4, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 4, 2012                          JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk