AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CARDIONAL ANNA VINES CARTER,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-12-780**

**NIGHT MANAGEMENT**     **JUDGE EDMUND A. SARGUS, JR.**
**AND GAP PROTECTION, et al.,**     **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

    **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed October 4, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 4, 2012                   JOHN P. HEHMAN, CLERK

                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk